AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

**FILED**

United States of America

v.

MARIO SALOMOM PORTILLO

)
)
)
)
)
)

Case No.    25-CR-164-KHR

*1:26 pm, 11/19/25*

**Margaret Botkins
Clerk of Court**

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    MARIO SALOMOM PORTILLO                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Ct 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm)
Ct 2: 18 U.S.C. §§ 922(k) and 924(a)(1)(B) (Possession of Firearm With Obliterated Serial Number)
Ct 3: 18 U.S.C. §§ 922(g)(3) and 924(a)(8) (Unlawful User of a Controlled Sustance in POssession of a Firearm)

Date:    _____11/19/2025_____

_____
*Issuing officer's signature*

City and state:    _____Casper, Wyoming_____

_____Scott W. Skavdahl, United States District Judge_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____     _____ |
|          *Arresting officer's signature* |
|          _____ |
|          *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____